# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PHILIP SCHMUTZ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:10-0484 |
| | ) JUDGE CAMPBELL |
| CANNON MARKETING, INC. d/b/a TMA, INC. | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties, as evidenced by signatures of counsel below, have agreed, subject to the Court's approval, that the Plaintiff will dismiss this lawsuit with prejudice. The parties reached a settlement agreement dated June 7, 2010 under which each party shall bear its own costs in this matter, except that Defendant shall pay all court costs.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this lawsuit is dismissed with prejudice and that the court costs of this case are taxed to the Defendant for which execution may issue if necessary.

DATED this ____ day of June, 2010.

_____
JUDGE TODD J. CAMPBELL

APPROVED FOR ENTRY:

BASS, BERRY & SIMS PLC

By: s/Robert W. Horton
    Robert W. Horton (TN Bar #017417)
    L. Lymari Cromwell (TN Bar # 027405)
    150 Third Avenue, S – Suite 2800
    Nashville, Tennessee 37201
    Phone: (615) 742-7708
    Facsimile: (615) 742- 2799
    rhorton@bassberry.com
    lcromwell@bassberry.com
    *Attorneys for Defendant*


LARRY R. WILLIAMS, PLLC

By: s/Jonathan Williams
    Jonathan Williams (TN Bar #026663)
    The Barristers Building
    329 Union Street
    P.O. Box 190632
    Nashville, Tennessee  37219
    Phone: (615) 256-8880
    Facsimile: (615) 259-2597
    jonathan@lrwlawfirm.com
    *Attorneys for Plaintiff*


Entered this 22nd day of June, 2010.

8677962.1